1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   CHRISTOPHER P. MURPHY (SBN 120048)
3  cmurphy@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California 90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   EAST WEST BANK, a California corporation
7

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TAMER SALAMEH, an individual; REAL | Case No. 09-CV-2739-L-CAB
   | ESTATE 4 HOSPITALITY, LLC, a California |
12 | limited liability company; ALEKSEY KATS; | **DEFENDANT EAST WEST BANK'S**
   | DIANA KATS; MITCHELL J. PEREIRA; | **NOTICE OF MOTION AND MOTION**
13 | GARY A TORETTA; ROBERT ALVARENGA; | **TO DISMISS FIRST AMENDED**
   | ALEXIS COSIO; CESAR MOTA; DENIS B. | **COMPLAINT FOR VIOLATION OF**
14 | ROTHE JR; CHARLENE SCHRUFER; DAVID | **FEDERAL AND STATE SECURITIES**
   | R. BUSHY; DALE CURTIS; ZONDRA | **LAWS**
15 | SCHMIDT; DOLORES GREEN; CHRISTY |
   | JESKE; TAZIA REYNA; MARY L. WEE | DATE:  May 24, 2010
16 | SONG; KERRY L. STEIGERWALT; BETH | TIME:  10:30 a.m.
   | STEIGERWALT; STUART M. WOLMAN; | PLACE: Courtroom of the Honorable M.
17 | JEFFREY E. LUBIN AND BARBARA L. |        James Lorenz, United States
   | LUBIN INDIVIDUALLY AND AS CO- |        District Judge
18 | TRUSTEES OF THE LUBIN FAMILY TRUST |
   | DATED MARCH 26, 2002; MIKAEL |
19 | HAVLUCIYAN AND THERESE |
   | HAVLUCIYAN INDIVIDUALLY AND AS |
20 | CO-TRUSTEES OF THE HAVLUCIYAN |
   | FAMILY TRUST; SADOUX KIM; individually |
21 | and on behalf a Class of all others similarly |
   | situated, individually and on behalf a Class of all |
22 | others similarly situated, |

23                     Plaintiffs,

24        v.

25 TARSADIA HOTEL, a California Corporation;
   TUSHAR PATEL, an individual; B. U. PATEL,
26 an individual; 5th ROCK LLC, a Delaware
   limited liability company; MPK ONE LLC, a
27 California limited liability company; GASLAMP
   HOLDINGS, LLC, a California limited liability
28 company; PLAYGROUND DESTINATION

---

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PROPERTIES, a corporation; EAST WEST BANK, a California corporation; BANK OF AMERICA, a Delaware corporation; JP MORGAN CHASE; PROFESSIONAL MORTGAGE PARTNERS, INC.; XBR FINANCIAL SERVICES, LLC, a California limited liability company; ERSKINE CORP, a California corporation; and DOES 1 to 100, inclusive,<br><br>                    Defendants. |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 24, 2010, at 10:30 a.m. in the Courtroom of United States District Judge M. James Lorenz, located at the Edward J. Schwartz Courthouse, 940 Front Street, San Diego, California, or as soon thereafter as counsel may be heard, Defendant East West Bank shall move the Court to dismiss the First Amended Complaint herein against East West Bank pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted against Defendant East West Bank.

This Motion to Dismiss is made on the ground that, as a matter of law, Defendant East West Bank is not liable under any of the statutory claims asserted against it in the Complaint. Plaintiffs allege three such statutory claims against East West Bank: liability under 15 U.S.C. §77l(a)(2) (otherwise known as Section 12(a)(2) of the 1933 Securities Act); liability under California Corporations Code § 25503; and liability under California Corporations Code § 25501. Each of these statutory provisions only impose liability upon those who "offer or sell" securities (Section 12(a)(2)) or from whom securities are "acquired" (§§ 25501, 25503). However, Plaintiffs do not and cannot allege that Defendant East West Bank "offered or sold" any of the purported securities (interests in condominiums at the Hard Rock Hotel San Diego), or that Plaintiffs "acquired" any such purported securities from Defendant East West Bank. As alleged in the Complaint, these activities were performed by other Defendants. Defendant East

West Bank did not sell the purported securities (condominium interests). All it did was lend money to purchasers (such as some of the Plaintiffs) to finance their purchases of these purported securities from other Defendants. As the Complaint alleges, Defendant East West Bank was one of a number of different lenders making loans to purchasers of condominium interests at the Hard Rock Hotel San Diego.

This Motion is made on the additional ground that the First and Second Claims for Relief alleged against East West Bank are, as a matter of law and what the Court can properly take judicial notice of, barred by the statute of limitations.

This Motion is made on the further ground that, to the extent that Plaintiffs are claiming that Defendant East West Bank is liable under its Second and Third Claims for Relief pursuant to California Corporations Code § 25504.1 as one who "materially assisted" in a violation of state securities laws, Plaintiffs have failed to state a claim upon which relief can be granted because (1) they have failed to allege intent to defraud, which is a required element for liability under Section 25504.1, and (2) they have not pled their claims with the specificity required by Federal Rule of Civil Procedure 9(b).

This Motion to Dismiss is based upon this Notice of Motion, Defendant East West Bank's Memorandum of Points and Authorities filed concurrently herewith, Defendant East West Bank's Request for Judicial Notice filed concurrently herewith, all pleadings and records on file in this action, and upon such other written and oral evidence and argument as may be submitted beforehand or at the hearing on this Motion.

DATED: April 14, 2010

MAYER BROWN LLP
JOHN NADOLENCO
CHRISTOPHER MURPHY


By: s/John Nadolenco
    John Nadolenco
Attorneys for Defendant EAST WEST BANK
E-Mail: jnadolenco@mayerbrown.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

Original of:

**DEFENDANT EAST WEST BANK'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR VIOLATION OF FEDERAL AND STATE SECURITIES LAWS**

Filed April 14, 2010 on the ECF system and served pursuant to General Order No. 550, with:

- Michael J Aguirre
  maguirre@amslawyers.com,

- Lynn T Galuppo
  lgaluppo@coxcastle.com

- Bryan D Sampson
  bsampson@sampsonlaw.net

- Maria C Severson
  mseverson@amslawyers.com

- Spyglass Partners, Inc.
  bsampson@sampsonlaw.net

s/John Nadolenco
John Nadolenco
E-mail: jnadolenco@mayerbrown.com

CERTIFICATE OF SERVICE; 09-CV-02739-L-NLS