| | |
|---|---|
| 1 | JOHN M. SORICH (CA Bar No. 125223)<br>jsorich@adorno.com |
| 2 | CHRISTOPHER YOO (CA Bar No. 169442)<br>cyoo@adorno.com |
| 3 | LAUREN M. TAKOS (CA Bar No. 255164)<br>ltakos@adorno.com |
| 4 | ADORNO YOSS ALVARADO & SMITH |
| 5 | A Professional Corporation<br>1 MacArthur Place, Suite 200<br>Santa Ana, California 92707 |
| 6 | Tel: (714) 852-6800<br>Fax: (714) 852-6899 |
| 7 | |
| 8 | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A.<br>erroneously sued as JPMORGAN CHASE |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMER SALAMEH, an individual; REAL ESTATE 4 HOSPITALITY, LLC, a California limited liability company; ALEKSKEY KATS; DIANA KATS; MITCHELL J. PEREIRA; GARY A. TORETTA; ROBERT ALVARENGA; ALEXIS COSIO; CESAR MOTA; DENIS B. ROTHE JR., CHARLENE SCHRUFER; DAVID R. BUSHY; DALE CURTIS; ZONDRA SCHMIDT; DOLORES GREEN; CHRISTY JESKE; TAZIA REYNA; MARY L. WEE SONG; KERRY L. STEIGERWALT; BETH STEIGERWALT; STUART M. WOLMAN; JEFFERY E. LUBIN AND BARBARA L. LUBIN, INDIVIDUALLY AND AS CO-TRUSTEES OF THE LUBIN FAMILY TRUST DATED MARCH 26, 2002; MIKAEL HAVLUCIYAN AND THERESE HAVLUCIYAN INDIVIDUALLY AND AS CO-TRUSTEES OF THE HAVLUCIYAN FAMILY TRUST; SADOUX KIM; individually and on behalf of a Class of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>TARSADIA HOTEL, a California Corporation; TUSHAR PATEL, an individual; B.U. PATEL, an individual; GREGORY CASSERLY, and individual; 5th ROCK LLC, a Delaware limited liability company; MPK ONE, LLC, a California | CASE NO.: 09-CV-02739-L-NLS<br><br>JUDGE:   James M. Lorenz<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM<br><br>CTRM:   14<br>DATE:   June 21, 2010<br>TIME:   10:30 a.m.<br><br>Action Filed: December 08, 2009 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | limited liability company; GASLAMP HOLDINGS LLC, a California limited liability company; PLAYGROUND DESTINATION PROPERTIES, a corporation; EAST WEST BANK, a California Corporation; BANK OF AMERICA, a Delaware Corporation; JPMORGAN CHASE; PROFESSIONAL MORTGAGE PARTNERS, XBR FINANCIAL SERVICES, LLC a California limited liability company; ERSKINE CORP, a California Corporation and DOES 1 to 100, inclusive<br><br>Defendants. |

**TO THE ABOVE-NAMED COURT AND TO PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 24, 2010 at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom "____" of the above-entitled court, defendant JPMorgan Chase Bank, N.A., ("JPMorgan") erroneously sued as JPMorgan Chase, will move the court to dismiss the action pursuant to Federal Rules of Civil Procedure ("FRCP") §12(b)(6) on the grounds that Plaintiffs' first amended complaint ("FAC") fails to state a claim upon which relief can be granted.

Specifically, JPMorgan will move the Court as follows:

1. Plaintiffs' first claim for "Section 12(a)(2) Securities Act of 1933 (Misrepresentation and Omission)" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

2. Plaintiffs' second claim for "Violation of Corporation Code §§ 25110, 25503, 25504.1 (Failure to Qualify, Material Assistance)" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

///
///
///

2
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT
1123159.1

3. Plaintiffs' third claim for "Violation of Corporation Code §§ 25401, 25501, 25504.1 (Misrepresentations and Omissions, Material Assistance)" fails to state facts sufficient to constitute a claim for relief pursuant to FRCP 12(b)(6).

DATED: April 29, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
CHRISTOPHER YOO
LAUREN M. TAKOS
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. erroneously sued as JPMORGAN CHASE