1   SAMUELS, GREEN & STEEL, LLP
    PHILIP W. GREEN, State Bar No. 93159
2   SCOTT R. ALBRECHT, State Bar No. 201614
    JENNIFER A. NEEDS, State Bar No. 261153
3   19800 MacArthur Blvd., Ste. 1000
    Irvine, California 92612
4   Telephone: (949) 263-0004
    Facsimile:  (949) 263-0005
5

6   Attorneys for Defendant
    XBR FINANCIAL SERVICES, LLC
7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  TAMER SALAMEH, an individual; REAL          CASE NO. 09-CV-2739- DMS(BGS)
    ESTATE 4 HOSPITALITY, LLC, a California
12  limited liability company; ALEKSEY KATS;
    DIANA KATS; MITCHELL J. PEREIRA;
13  GARY A TORETTA; ROBERT
    ALVARENGA; ALEXIS COSIO; CESAR              **DEFENDANT XBR FINANCIAL**
14  MOTA; DENIS B. ROTHE JR; CHARLENE           **SERVICES, LLC'S NOTICE OF MOTION**
    SCHRUFER; DAVID R. BUSHY; DALE              **AND MOTION TO DISMISS PLAINTIFFS'**
15  CURTIS; ZONDRA SCHMIDT; DOLORES             **FIRST AMENDED COMPLAINT FOR**
    GREEN; CHRISTY JESKE; TAZIA REYNA;          **VIOLATION OF FEDERAL AND STATE**
16  MARY L. WEE SONG; KERRY L.                  **SECURITIES LAWS**
    STEIGERWALT; BETH STEIGERWALT;
17  STUART M. WOLMAN; JEFFREY E. LUBIN
    AND BARBARA L. LUBIN INDIVIDUALLY
18  AND AS CO-TRUSTEES OF THE LUBIN
    FAMILY TRUST DATED MARCH 26, 2003;
19  MIKAEL HAVLUCIYAN AND THERESE               <u>Hearing</u>:
    HAVLUCIYAN INDIVIDUALLY AND AS              Judge:  Dana M. Sabraw
20  CO-TRUSTEES OF THE HAVLUCIAYAN              Date:   June 25, 2010
    FAMILY TRUST; SADOUX KIM, individually      Time:   1:30 P.M.
21  and on behalf a Class of all others similarly   Room:  10
    situated,
22
              Plaintiffs,
23

24        v.

25

26

27  _____
    CAPTION CONTINUED ON NEXT PAGE
28
    _____
    1149-001                         1

1  TARSADIA HOTEL, a California Corporation;
   TUSHAR PATEL, an individual; B.U. PATEL,
2  an individual; 5th ROCK LLC, a Delaware
   limited liability company; MPK ONE LLC,  a
3  California limited liability company;
   GASLAMP HOLDINGS, LLC, a California
4  limited liability company; PLAYGROUND
   DESTINATION PROPERTIES, a corporation;
5  EAST WEST BANK, a California corporation;
   BANK OF AMERICA, a Delaware corporation;
6  JP MORGAN CHASE; PROFESSIONAL
   MORTGAGE PARTNERS, INC,; XBR
7  FINANCIAL SERVICES, LLC, a California
   limited liability company; ERSKINE CORP, a
8  California corporation; and DOES 1 to 100,
   inclusive,
9

10
                    Defendants.
11

12

13

14     **TO THE COURT AND ALL INTERESTED PARTIES:**

15         **PLEASE TAKE NOTICE** that, on June 25, 2010 at 1:30 P.M. in Room 10 of the above-

16  captioned United States District Court, before the Honorable Judge M Dana M. Sabraw,

17  Defendant XBR FINANCIAL SERVICES, LLC ("XBR") will and hereby does move the Court

18  for dismissal of the First Amended Complaint ("FAC") filed against it.

19         **PLEASE TAKE FURTHER NOTICE** that XBR makes this Motion pursuant to Federal

20  Rule of Civil Procedure 12(b)(6) on the basis that the FAC fails to state a claim upon which relief

21  can be granted with respect to XBR.  In particular, this Motion is made on the grounds that the

22  claims alleged against XBR are barred because the pertinent statutes of limitations have expired.

23  This Motion is further made on the grounds that Plaintiffs have not and cannot state a claim

24  against XBR under federal or state securities laws because XBR never offered, solicited, sold,

25  provided, or underwrote any of the alleged securities to Plaintiffs, nor did XBR participate in or

26  materially assist others with any securities violation.

27         **PLEASE TAKE FURTHER NOTICE** that the instant Motion is based on this Notice,

28  the Memorandum of Points and Authorities and the Request for Judicial Notice filed concurrently

1149-001                                    2

1    herewith, the FAC and other pleadings and records on file in this action, and such written and oral

2    evidence and argument that might be presented prior to or at the hearing on this Motion.

3

4    Dated:  May 7, 2010                           SAMUELS, GREEN & STEEL, LLP

5
                                                   /s Jennifer A. Needs
6                                                  By: Jennifer A. Needs
                                                   Attorneys for Defendant
7                                                  XBR FINANCIAL SERVICES, LLC
                                                   E-Mail: jennifer.needs@sgsattorneys.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

       I, the undersigned, declare under penalty of perjury that I am over the age of eighteen

3

years and not a party of this action; and that I served the individuals on the service list attached

4

hereto the following documents;

5

       Original of:

6

7

8

**DEFENDANT XBR FINANCIAL SERVICES, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR VIOLATION OF FEDERAL AND STATE SECURITIES LAWS**

9

10

**Filed May 7, 2010 on the ECF system and served pursuant to General Order No. 550, with:**

11

12

-     **Michael J Aguirre**
  **maguirre @amslawyers.com**

13

14

-     **Lynn T Galuppo**
  **1galuppo@coxcastle.com**

15

-     **Bryan D Sampson**
  **bsampson@sampsonlaw.net**

16

17

-     **Maria C Severson**
  **mseverson@amslawyers.com**

18

19

-     **Spyglass Partners, Inc.**
  **bsampson@sampsonlaw.net**

20

21

-     **Sung-Min Christopher Yoo**
  **cyoo@adorno.com**

22

-     **John Nadolenco**
  **jnadolenco@mayerbrown.com**

23

24

/s Jennifer A. Needs_____
By: Jennifer A. Needs

25

Attorneys for Defendant

26

XBR FINANCIAL SERVICES, LLC
E-Mail: jennifer.needs@sgsattorneys.com

27

28