| | |
|---|---|
| 1 | LA BELLA & MCNAMARA, LLP |
| 2 | THOMAS W. MCNAMARA (SBN 127280) tmcnamara@labellamcnamara.com<br>DANIEL M. BENJAMIN (SBN 209240) dbenjamin@labellamcnamara.com |
| 3 | LOGAN D. SMITH (SBN 212041) lsmith@labellamcnamara.com<br>401 West A Street, Suite 1150 |
| 4 | San Diego, California 92101<br>Telephone:  (619) 696-9200 |
| 5 | Facsimile:   (619) 696-9269 |
| 6 | Attorneys for:  Defendant Playground Destination Properties, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMER SALAMEH, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TARSADIA HOTEL, et al.,<br><br>　　　　Defendants. | ) Case No.:  09cv2739 DMS (CAB)<br>)<br>) **DEFENDANT PLAYGROUND**<br>) **DESTINATION PROPERTIES, INC.'S**<br>) **NOTICE OF MOTION AND MOTION TO**<br>) **DISMISS UNDER FEDERAL RULE OF**<br>) **CIVIL PROCEDURE 12(b)(6)**<br>)<br>) Date:    August 13, 2010<br>) Time:    1:30 p.m.<br>) Dept:    Courtroom 10, 2nd floor<br>) Judge:   Hon. Dana M. Sabraw<br>)<br>) |

09cv2739 DMS (CAB)

**DEFENDANT PLAYGROUND'S NOTICE OF MOTION AND MOTION TO DISMISS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 13, 2010 at 1:30 p.m. in Courtroom 10 of the United States District Court for the Southern District of California before the Honorable Dana M. Sabraw, Defendant Playground Destination Properties, Inc. ("Playground") will and hereby does respectfully move this Court for an Order dismissing with prejudice all claims against Playground in Plaintiffs' First Amended Complaint.

This application is based upon this notice of motion and motion, Fed. R. Civ. Proc. 12(b)(6), the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Stephen Fina, all other pleadings and records on file in this action, and upon such further evidence and argument as may be presented to the Court prior to its decision on the motion.

DATED: June 9, 2010

LA BELLA & MCNAMARA, LLP

By: /s/ **Thomas W. McNamara**
Thomas W. McNamara
Attorneys for Playground Destination
Properties, Inc.