1  Michael J. Aguirre, Esq., SBN 060402
   maguirre@amslawyers.com
2  Christopher S. Morris, Esq., SBN 163188
   cmorris@amslawyers.com
3  Maria C. Severson, Esq., SBN 173967
   mseverson@amslawyers.com
4  AGUIRRE, MORRIS & SEVERSON LLP
   444 West C Street, Suite 210
5  San Diego, CA 92101
   Telephone:  (619) 876-5364
6  Facsimile:  (619) 876-5368

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TAMER SALAMEH, et al., | Case No.  09-CV-02739-DMS-CAB |
|---|---|
| Plaintiffs, | **AMENDMENT TO COMPLAINT TO SUBSTITUTE TRUE NAMES FOR "DOE" DEFENDANTS** |
| v. | |
| TARSADIA HOTEL, et al., | |
| Defendants. | |

Plaintiffs by this filing request the above-entitled Court, located at 880 Front Street, Suite 4290, San Diego, CA 92101-8900, in the courtroom of Honorable Dana M. Sabraw, to allow the nonsubstantive amendments to the First Amended Complaint.

1.  Upon the filing of the complaint, the plaintiffs, being ignorant of the true name of defendant and having designated the defendant in the complaint by the fictitious name of "Doe 7," have now discovered the true name of the defendant to be: INDEPENDENT BANK CORPORATION, a Michigan corporation.  Independent Bank's principal office is located at 230 W. Main St., P.O. Box 491, Ionia, Michigan 48846, and the telephone number is (616) 527-9450. Plaintiffs amend the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

2.  Upon the filing of the complaint, the plaintiffs, being ignorant of the true name of defendant and having designated the defendant in the complaint by the fictitious name of

1

"Doe 8," have now discovered the true name of the defendant to be: WINTRUST FINANCIAL CORPORATION, an Illinois corporation. Wintrust Financial Corporation's principal office is located at 727 North Bank Lane, Lake Forest, Illinois 60045, and the telephone number is (847) 615-4096. Plaintiff amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

Respectfully submitted,

AGUIRRE, MORRIS & SEVERSON LLP

Dated: June 18, 2010

　　/s/Maria C. Severson　　
Maria C. Severson
mseverson@amslawyers.com

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the attached service list the following documents:

**AMENDMENT TO COMPLAINT TO SUBSTITUTE TRUE NAMES FOR "DOE" DEFENDANTS**

Filed June 18, 2010 on the ECF system and served pursuant to General Order No. 550.

AGUIRRE, MORRIS & SEVERSON LLP

Dated: June 18, 2010

/s/Maria C. Severson
Maria C. Severson
mseverson@amslawyers.com

# SERVICE LIST

*Tamer Salameh, et al., v. Tarsadia Hotel, et al.*
Case No. 09-CV-02739-DMS-CAB

Scott R. Albrecht
Samuels Green and Steel LLP
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612
(949)263-0004
(949) 263-0005 (fax)
scott.albrecht@sgsattorneys.com
(*Attorneys for XBR Financial Services, LLC*)

Jennifer A. Needs
Samuels, Green & Steel, LLP
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612
(949) 263-0004
Fax: (949) 263-0005
Email: jennifer.needs@sgsattorneys.com
(*Attorneys for XBR Financial Services, LLC*)

Lynn T Galuppo
Cox Castle & Nicholson
19800 MacArthur Boulevard, Suite 500
Irvine, CA 92612
(949)260-4641
(949)476-0256 (fax)
lgaluppo@coxcastle.com
(*Attorneys for 5th Rock LLC, Gaslamp Holdings, LLC, MPK One, LLC, Tarsadia Hotel, B.U. Patel, Gregory Casserly, Tushar Patel*)

John Nadolenco
Mayer Brown LLP
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071-1503
(213)229-5173
(213)625-0248 (fax)
jnadolenco@mayerbrown.com
(*Attorneys for East West Bank*)

Sung-Min Christopher Yoo
Adorno Yoss Alvarado and Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
(714)852-6800
(714)852-6899 (fax)
cyoo@adorno.com
(*Attorneys for JP Morgan Chase*)

| | |
|---|---|
| 1 | Bryan D Sampson |
| | Sampson and Associates |
| 2 | 2139 First Avenue |
| | San Diego, CA 92101-2013 |
| 3 | (619)557-9420 |
| | (619)557-9425 (fax) |
| 4 | bsampson@sampsonlaw.net |
| | *(Attorneys for Spyglass Partners, Inc.)* |
| 5 | |
| | Edward M. Rosenfeld |
| 6 | Bryan Cave LLP |
| | 120 Broadway, Suite 300 |
| 7 | Santa Monica, CA 90401 |
| | (310) 576-2104 |
| 8 | Fax: (310)576-2200 |
| | emrosenfeld@bryancave.com |
| 9 | *(Attorneys for Bank of America)* |
| | |
| 10 | Benjamin J.B. Allen |
| | Bryan Cave LLP |
| 11 | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| 12 | (310) 576-2395 |
| | Fax: (310) 576-2200 |
| 13 | ben.allen@bryancave.com |
| | *(Attorneys for Bank of America)* |
| 14 | |
| | Daniel M. Benjamin |
| 15 | La Bella & McNamara LLP |
| | 401 West A Street |
| 16 | Suite 1150 |
| | San Diego, CA 92101 |
| 17 | (619)696-9200 |
| | Fax: (619)696-9269 |
| 18 | dbenjamin@labellamcnamara.com |
| | *(Attorneys for Playground Destination Properties)* |
| 19 | |
| | Thomas W McNamara |
| 20 | LaBella McNamara |
| | 401 West A Street, Suite 1150 |
| 21 | San Diego, CA 92101 |
| | (619)696-9200 |
| 22 | Fax: (619)696-9269 |
| | tmcnamara@labellamcnamara.com |
| 23 | *(Attorneys for Playground Destination Properties)* |
| | |
| 24 | Logan Smith |
| | LaBella & McNamara LLP |
| 25 | 401 West A Street, Suite 1150 |
| | San Diego, CA 92101 |
| 26 | (619)696-9200 |
| | Fax: (619)696-9269 |
| 27 | lsmith@labellamcnamara.com |
| | *(Attorneys for Playground Destination Properties)* |
| 28 | |

AMENDMENT TO COMPLAINT TO SUBSTITUTE       CASE NO. 09-CV-02739-DMS-CAB
TRUE NAMES FOR "DOE" DEFENDANTS