LA BELLA & MCNAMARA, LLP
THOMAS W. MCNAMARA (SBN 127280) tmcnamara@labellamcnamara.com
DANIEL M. BENJAMIN (SBN 209240) dbenjamin@labellamcnamara.com
LOGAN D. SMITH (SBN 212041) lsmith@labellamcnamara.com
401 West A Street, Suite 1150
San Diego, California 92101
Telephone:   (619) 696-9200
Facsimile:    (619) 696-9269

Attorneys for:  Defendant Playground Destination Properties, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMER SALAMEH, et al., | ) Case No.:  09cv2739 DMS (CAB) |
| Plaintiffs, | ) |
| vs. | ) **DEFENDANT PLAYGROUND** |
| TARSADIA HOTEL, et al., | ) **DESTINATION PROPERTIES, INC.'S** |
| | ) **OPPOSITION TO PLAINTIFFS' MOTION** |
| Defendants. | ) **TO AMEND** |
| | ) Dept:   Courtroom 10, 2nd floor |
| | ) Judge:  Hon. Dana M. Sabraw |

Pursuant to the Court's June 25, 2010 Order, Defendant Playground Destination Properties, Inc. ("Playground") respectfully opposes Plaintiffs' June 18, 2010 attempt to amend their First Amended Complaint.

In general, leave to amend should be freely granted. *AmerisourceBergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006). However, leave to amend can be denied, *inter alia*, where futile or prejudicial. *Id.*

Here, Plaintiffs seek leave to amend to name two additional financial institutions which allegedly provided mortgages to Hard Rock Hotel condominium purchasers. Plaintiffs claim that these defendants were previously identified as "Doe" defendants, but do not explain why they were unaware of the identity of these mortgage providers. Plaintiffs offer no new facts about the new defendants other than their identities.

Several financial institution defendants have motions to dismiss pending. If the Court grants the motions, Plaintiffs could be precluded from proceeding against *any* of the defendants. In that case, an amendment to name new defendants would be futile. In addition, with those motions pending, the filing of an amended complaint may require the defendants to file a new round of Rule 12(b)(6) motions or answers. This would be a wasteful exercise.

Playground respectfully suggests that a ruling on the motion to amend should await the Court's decision on all pending motions to dismiss. If those motions are granted with prejudice, then any amendment will be futile. On the other hand, if the motions to dismiss are granted with leave to amend, or if they are denied, then judicial economy will be served by having all amendments to the complaint occur at one time, with new Rule 12(b)(6) motions or answers to follow.

DATED: July 7, 2010                           LA BELLA & MCNAMARA, LLP


By:     **/s/ Thomas W. McNamara**
        Thomas W. McNamara
        Attorneys for Playground Destination
        Properties, Inc.

63985

1                                                                    09cv2739 DMS (CAB)
**DEFENDANT PLAYGROUND'S OPP. TO MOT. TO AMEND**