AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Tamar Salameh, individually and on behalf of a Class of all others similarly situated; (See Attached list)

V.

Tarsadia Hotel a California Corporation; Tushar Patel an individual; B.U. Patel an individual; Gregory Casserly an individual; 5th Rock LLC a Delaware limited liability company; MPK One, LLC a California limited liability company; Playground Destination Properties a corporation; East West Bank a California corporation; Gaslamp Holdings, LLC a California limited liability company; Bank Of America a Delaware Corporation; JP Morgan Chase; XBR Financial Services, LLC a California limited liability company; Erskine Corp a California Corporation; Independent Bank Corporation a Michigan corporation; Wintrust Financial Corporation an Illinois corporation; DOES 1 to 100, inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09cv2739-DMS-CAB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Bank Defendants' (Bank of America, N.A., East West Bank, JPMorgan Chase Bank, N.A., XBR Financial Services, LLC, Independent Bank Corporation, Erskine Corp., Wintrust Financial Corporation) Motions to dismiss are granted, Tarsadia's Motion to dismiss is granted, and Playground's motion to dismiss is granted. Plaintiffs' Second Amended Complaint is dismissed with prejudice and Plaintiffs are denied leave to amend.

| March 22, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk
ENTERED ON March 22, 2011

09cv2739-DMS-CAB

PLAINTIFFS  (Case #09cv2739-DMS-CAB, Salameh et al v. Tarsadia Hotel et al) :

Tamar Salameh, individually and on behalf of a Class of all others similarly situated; Real Estate 4 Hospitality, LLC a California limited liability company; individually and on behalf of a Class of all others similarly situated; Mary L Wee Song individually and on behalf of a Class of all others similarly situated; Dolores Green individually and on behalf of a Class of all others similarly situated; Mikael Havluciyan individually and as Co-Trustee of the Havluciyan Family Trust; individually and on behalf of a Class of all others similarly situated; Mitchell J Pereira individually and on behalf of a Class of all others similarly situated; Denis B Rothe, Jr individually and on behalf of a Class of all others similarly situated; Sadoux Kim individually and on behalf of a Class of all others similarly situated; Kerry L Steigerwalt individually and on behalf of a Class of all others similarly situated; Gary A Torretta individually and on behalf of a Class of all others similarly situated; Therese Havluciyan individually and as Co-Trustee of the Havluciyan Family Trust; individually and on behalf of a Class of all others similarly situated; Barbara L Lubin individually and as Co-Trustee of the Lubin Family Trust Dated March 26, 2002; individually and on behalf of a Class of all others similarly situated; Jeffrey E Lubin individually and as Co-trustee of the Lubin Family Trust Dated March 26, 2002; individually and on behalf of a Class of all others similarly situated; Aleksey Kats individually and on behalf of a Class of all others similarly situated; Tazia Reyna individually and on behalf of a Class of all others similarly situated; Stuart M Wolman individually and on behalf of a Class of all others similarly situated; Christy Jeske individually and on behalf of a Class of all others similarly situated; Beth Steigerwalt individually and on behalf of a Class of all others similarly situated; Dale Curtis individually and on behalf of a Class of all others similarly situated; Robert Alvarenga individually and on behalf of a Class of all others similarly situated; Diana Kats individually and on behalf of a Class of all others similarly situated; David R Bushy individually and on behalf of a Class of all others similarly situated; Charlene Schrufer individually and on behalf of a Class of all others similarly situated; Zondra Schmidt individually and on behalf of a Class of all others similarly situated; Cesar Mota individually and on behalf of a Class of all others similarly situated; Alexis Cosio individually and on behalf of a Class of all others similarly situated; Virginia Gallanosa individually and on behalf of a Class of all others similarly situated; Joey Clement individually and on behalf of a Class of all others similarly situated; Kevin Henry individually and on behalf of a Class of all others similarly situated; Andrew Paul individually and on behalf of a Class of all others similarly situated; Vito Micale individually and on behalf of a Class of all others similarly situated; Phillip Gutirrez individually and on behalf of a Class of all others similarly situated; Barbara Behrle individually and on behalf of a Class of all others similarly situated; Danon Slinkard individually and on behalf of a Class of all others similarly situated; Steven Paul individually and on behalf of a Class of all others similarly situated; Thomas Behrle individually and on behalf of a Class of all others similarly situated; Kim Henry individually and on behalf of a Class of all others similarly situated; Jose Gallanosa individually and on behalf of a Class of all others similarly situated; Sylvia Hoerr individually and on behalf of a Class of all others similarly situated; Matthew Hoerr individually and on behalf of a Class of all others similarly situated