FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAMER SALAMEH; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>TARSADIA HOTEL, a California corporation; et al.,<br><br>        Defendants - Appellees,<br><br> v.<br><br>SPYGLASS PARTNERS, INC.,<br><br>        Third-party-plaintiff - Appellee. | No. 11-55479<br><br>D.C. No. 3:09-cv-02739-DMS<br>Southern District of California,<br>San Diego<br><br>ORDER |

     The court is in receipt of the parties' Stipulation To Dismiss Appeal With Prejudice As To Certain Defendants, filed July 25, 2011.  This appeal is voluntarily dismissed as to defendants/appellees East West Bank, Bank of America, N.A., JP Morgan Chase Bank, N.A., Wintrust Financial Corporation, and XBR Financial Services LLC only.  Fed. R. App. P. 42(b).  As between plaintiffs/appellants and defendants/appellees East West Bank, Bank of America, N.A., JP Morgan Chase Bank, N.A., Wintrust Financial Corporation, and XBR Financial Services LLC, each side shall their own costs on appeal.

LJ/Mediation_7/26/11

As to the remaining defendants/appellees, this appeal will not be selected for inclusion in the Mediation Program.

Counsel are requested to contact the undersigned should circumstances develop that warrant further settlement discussions while the appeal is pending.

This order served on the district court shall act as and for the mandate of this court as to defendants/appellees East West Bank, Bank of America, N.A., JP Morgan Chase Bank, N.A., Wintrust Financial Corporation, and XBR Financial Services LLC only.

          FOR THE COURT

          By: Lisa Jaye
          Circuit Mediator

LJ/Mediation_7/26/11