WG-010/EJ-175

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664<br>BRUCE A. HATKOFF, SBN 66146<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., SUITE 100<br>TARZANA CA 91356 | (818) 990-5180 | |

ATTORNEY FOR (Name): Judgment Creditors 5th Rock LLC and MKP One LLC

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| NOTICE OF HEARING ON CLAIM OF EXEMPTION<br>(Wage Garnishment—Enforcement of Judgment) | LEVYING OFFICER FILE NO.:<br>09cv2739 | COURT CASE NO.:<br>09cv2739-GPC (BLM) |
|---|---|---|

1. TO: Parties listed in Attachment A c/o Aguirre & Severson, LLP

**Name and address of levying officer**
United States Marshals Service
333 West Broadway, Suite 100
San Diego CA 92101

**Name and address of judgment debtor**
See Attachment A

[X] **Claimant, if other than judgment debtor** *(name and address):*
Eden Steigerwalt and Benjamin Steigerwalt
c/o Aguirre & Severson, LLP
501 West Broadway Suite 1050
San Diego CA 92101

[X] **Judgment debtor's attorney** *(name and address):*
Aguirre & Severson, LLP
501 West Broadway Suite 1050
San Diego CA 92101

2. A hearing to determine the claim of exemption of
   [X] judgment debtor
   [X] other claimant
   will be held as follows:

   a. date: August 6, 2015   time: 3:00 PM   [ ] dept.:   [ ] div.:   [x] rm.: 1B

   b. address of court: 221 West Broadway
                        San Diego CA 92101

3. [ ] The judgment creditor will not appear at the hearing and submits the issue on the papers filed with the court.

Date: July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)                                    ▶ *(signature)*
                                                        (SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

*If you do not attend the hearing, the court may determine your claim based on the Claim of Exemption, Financial Statement (when one is required), Notice of Opposition to Claim of Exemption, and other evidence that may be presented.*

Page 1 of 2

Form Approved by the Judicial Council of California
WG-010/EJ-175 [Rev. January 1, 2007]

**NOTICE OF HEARING ON CLAIM OF EXEMPTION**
(Wage Garnishment—Enforcement of Judgment)

Code of Civil Procedure, § 703.550, 706.107
Legal Solutions Plus

WG-010/EJ-175

| SHORT TITLE: Salameh et al v. Tarsadia Hotels et al | LEVYING OFFICER FILE NO.: 09cv2739 | COURT CASE NO.: 09cv2739-GPC (BLM) |
|---|---|---|

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): 18757 Burbank Blvd., Suite 100 Tarzana CA 91356

I served the attached Notice of Hearing on Claim of Exemption and the attached Notice of Opposition to Claim of Exemption by enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelope in the United States mail with the postage fully prepaid.

(1) Date of deposit: July 9, 2015         (2) Place of deposit (city and state): Tarzana CA

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

See Attachment A

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: July 9, 2015

Maria Rhoda Sison
(TYPE OR PRINT NAME)

▶ Mason
(SIGNATURE OF DECLARANT)

## PROOF OF SERVICE—PERSONAL DELIVERY

I am over the age of 18 and not a party to this cause. My residence or business address is (specify):

I served the attached Notice of Hearing on Claim of Exemption and the attached Notice of Opposition to Claim of Exemption by personally delivering copies to the person served as shown below.

**PERSONS SERVED**

**Name**           **Delivery At**
                   Date:        Time:        Address:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

WG-010/EJ-175 [Rev. January 1, 2007]

**NOTICE OF HEARING ON CLAIM OF EXEMPTION**
(Wage Garnishment—Enforcement of Judgment)

Page 2 of 2

MC-025

| SHORT TITLE: Salameh et al v. Tarsadia Hotels et al | CASE NUMBER: 09cv2739-GPC (BLM) |

**ATTACHMENT** (Number): A

*(This Attachment may be used with any Judicial Council form.)*

Alexis Cosio, Michele Curtis,
Dale Curtis, Aleksey Kats, Diana Kats,
Cesar Mota, Danon Slinkard, Eden Steigerwalt
and Benjamin Steigerwalt
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

Legal Solutions Plus