| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., Suite 100<br>TARZANA CA 91356 | (818)990-5180 | |

ATTORNEY FOR *(Name)*:  Judgment Creditors 5th Rock LLC and MKP One LLC

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF:  TAMER SALAMEH ET AL

DEFENDANT:  TARSADIA HOTELS ET AL

| **NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NO.:<br>09cv2739 | COURT CASE NO.:<br>09cv2739-GPC |
|---|---|---|

### -- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --

The original of this form and a Notice of Hearing on Claim of Exemption **must** be filed with the court.

A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.

A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Alexis Cosio
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known)*:

3. ☐ Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date)*:  The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. ☒ not exempt under the statutes relied upon in the Claim of Exemption.
   b. ☐ not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. ☒ other *(specify)*:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   ☐ continued on the attachment labeled Attachment 6.
   ☒ as follows:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)

► _(signature)_
(SIGNATURE OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664    (818)990-5180<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., Suite 100<br>TARZANA CA 91356 | | |

ATTORNEY FOR *(Name):* Judgment Creditors 5th Rock LLC and MKP One LLC

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| **NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NO.:<br>09cv2739 | COURT CASE NO.:<br>09cv2739-GPC |
|---|---|---|

### -- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.

A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.

A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Michele Curtis
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known):*

3. [  ] Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date):*   The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. [X] not exempt under the statutes relied upon in the Claim of Exemption.
   b. [  ] not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. [X] other *(specify):*   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   [  ] continued on the attachment labeled Attachment 6.
   [X] as follows: See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2015

Natalia A. Minassian
*(TYPE OR PRINT NAME)*

▶ _____
*(SIGNATURE OF DECLARANT)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):　　　TELEPHONE NO.:
NATALIA A. MINASSIAN, SBN 227664　　　(818)990-5180
BRUCE A. HATKOFF, A LAW CORPORATION
18757 BURBANK BLVD., Suite 100
TARZANA CA 91356

ATTORNEY FOR (Name): Judgment Creditors 5th Rock LLC and MKP One LLC

NAME OF COURT:　UNITED STATES DISTRICT COURT
STREET ADDRESS:　221 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE:　SAN DIEGO CA 91201
BRANCH NAME:　SOUTHERN DISTRICT

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION (Enforcement of Judgment) | LEVYING OFFICER FILE NO.: 09cv2739 | COURT CASE NO.: 09cv2739-GPC |
|---|---|---|

**-- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --**

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.
A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.
A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Dale Curtis
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number (if known):  xxx-xx-8055

3. ☐ Name and address of claimant (if other than judgment debtor)

4. The notice of filing claim of exemption states it was mailed on (date):  The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. ☒ not exempt under the statutes relied upon in the Claim of Exemption.
   b. ☐ not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. ☒ other (specify):  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   ☐ continued on the attachment labeled Attachment 6.
   ☒ as follows:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

Form Approved by the
Judicial Council of California
EJ-170 [New July 1, 1983]
Optional Form

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal Solutions Plus

CCP 703.550

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., Suite 100<br>TARZANA CA 91356 | (818)990-5180 | |

ATTORNEY FOR *(Name)*: Judgment Creditors 5th Rock LLC and MKP One LLC

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|
| | 09cv2739 | 09cv2739-GPC |

**-- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --**

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.
A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.
A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Aleksey Kats
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known)*:  xxx-xx-5609

3. [  ] Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date)*:   The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. [X] not exempt under the statutes relied upon in the Claim of Exemption.
   b. [  ] not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. [X] other *(specify)*:   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   [  ] continued on the attachment labeled Attachment 6.
   [X] as follows: See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
*(TYPE OR PRINT NAME)*

▶ _____
*(SIGNATURE OF DECLARANT)*

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal
Solutions
Plus

CCP 703.550

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664   (818)990-5180 BRUCE A. HATKOFF, A LAW CORPORATION 18757 BURBANK BLVD., Suite 100 TARZANA CA 91356 | | |

ATTORNEY FOR *(Name):* Judgment Creditors 5th Rock LLC and MKP One LLC

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| **NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION** (Enforcement of Judgment) | LEVYING OFFICER FILE NO.: 09cv2739 | COURT CASE NO.: 09cv2739-GPC |
|---|---|---|

### -- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.
A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.
A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Diana Kats
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known):* xxx-xx-7154

3. [ ]   Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date):*   The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. [X]   not exempt under the statutes relied upon in the Claim of Exemption.
   b. [ ]   not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. [X]   other *(specify):*   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   [ ]   continued on the attachment labeled Attachment 6.
   [X]   as follows: See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF DECLARANT)

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION** (Enforcement of Judgment)   Legal Solutions Plus   CCP 703.550

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., Suite 100<br>TARZANA CA 91356 | (818) 990-5180 | |

ATTORNEY FOR *(Name):* Judgment Creditors 5th Rock LLC and MKP One LLC

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|
| | 09cv2739 | 09cv2739-GPC |

## -- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.

A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.

A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Cesar Mota
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known):*

3. ☐ Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date):*   The claims do not provide a date of mailing

5. The item or items claimed as exempt are

   a. ☒ not exempt under the statutes relied upon in the Claim of Exemption.

   b. ☐ not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.

   c. ☒ other *(specify):*   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are

   ☐ continued on the attachment labeled Attachment 6.

   ☒ as follows:   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF DECLARANT)

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal
Solutions
Plus

CCP 703.550

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*                    TELEPHONE NO.:
NATALIA A. MINASSIAN, SBN 227664         (818)990-5180
BRUCE A. HATKOFF, A LAW CORPORATION
18757 BURBANK BLVD., Suite 100
TARZANA CA 91356

ATTORNEY FOR *(Name):*  Judgment Creditors 5th Rock LLC and MKP One LLC

FOR COURT USE ONLY

NAME OF COURT:  UNITED STATES DISTRICT COURT
STREET ADDRESS:  221 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE:  SAN DIEGO CA 91201
BRANCH NAME:  SOUTHERN DISTRICT

PLAINTIFF:  TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION (Enforcement of Judgment) | LEVYING OFFICER FILE NO.: 09cv2739 | COURT CASE NO.: 09cv2739-GPC |
|---|---|---|

**-- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --**

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.
A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.
A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Danon Slinkard
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

Social Security Number *(if known):*  xxx-xx-8009

3. ☐ Name and address of claimant *(if other than judgment debtor)*

4. The notice of filing claim of exemption states it was mailed on *(date):*  The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. ☒ not exempt under the statutes relied upon in the Claim of Exemption.
   b. ☐ not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. ☒ other *(specify):*  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   ☐ continued on the attachment labeled Attachment 6.
   ☒ as follows:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
*(TYPE OR PRINT NAME)*

▶ *(SIGNATURE OF DECLARANT)*

Form Approved by the
Judicial Council of California
EJ-170 [New July 1, 1983]
Optional Form

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal Solutions Plus

CCP 703.550

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

NATALIA A. MINASSIAN, SBN 227664   (818)990-5180
BRUCE A. HATKOFF, A LAW CORPORATION
18757 BURBANK BLVD., Suite 100
TARZANA CA 91356

ATTORNEY FOR *(Name)*:  Judgment Creditors 5th Rock LLC and MKP One LLC

NAME OF COURT:  UNITED STATES DISTRICT COURT
STREET ADDRESS:  221 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE:  SAN DIEGO CA 91201
BRANCH NAME:  SOUTHERN DISTRICT

PLAINTIFF:  TAMER SALAMEH ET AL

DEFENDANT:  TARSADIA HOTELS ET AL

| NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|
| (Enforcement of Judgment) | 09cv2739 | 09cv2739-GPC |

**-- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --**

The original of this form and a Notice of Hearing on Claim of Exemption must be filed with the court.
A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.
A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

5TH Rock LLC and MKP One, LLC
C/O BRUCE A. HATKOFF, ALC
18757 BURBANK BLVD., SUITE 100
TARZANA CA 91356

2. Name and address of judgment debtor

Social Security Number *(if known)*:

3. [X] Name and address of claimant *(if other than judgment debtor)*

BENJAMIN STEIGERWALT
C/O AGUIRRE & SEVERSON, LLP
501 WEST BROADWAY SUITE 1050
SAN DIEGO CA 92101

4. The notice of filing claim of exemption states it was mailed on *(date)*:   The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. [X] not exempt under the statutes relied upon in the Claim of Exemption.
   b. [ ] not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. [X] other *(specify)*:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   [ ] continued on the attachment labeled Attachment 6.
   [X] as follows:  See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
(TYPE OR PRINT NAME)

▶                         (SIGNATURE OF DECLARANT)

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal Solutions Plus

CCP 703.550

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NATALIA A. MINASSIAN, SBN 227664   (818)990-5180<br>BRUCE A. HATKOFF, A LAW CORPORATION<br>18757 BURBANK BLVD., Suite 100<br>TARZANA CA 91356 | | |

ATTORNEY FOR *(Name)*: Judgment Creditors 5th Rock LLC and MKP One LLC

| | |
|---|---|
| NAME OF COURT: | UNITED STATES DISTRICT COURT |
| STREET ADDRESS: | 221 WEST BROADWAY |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN DIEGO CA 91201 |
| BRANCH NAME: | SOUTHERN DISTRICT |

PLAINTIFF: TAMER SALAMEH ET AL

DEFENDANT: TARSADIA HOTELS ET AL

| **NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NO.:<br>09cv2739 | COURT CASE NO.:<br>09cv2739-GPC |
|---|---|---|

**-- DO NOT USE THIS FORM FOR WAGE GARNISHMENTS --**

The original of this form and a Notice of Hearing on Claim of Exemption **must** be filed with the court.

A copy of this Notice of Opposition and the Notice of Hearing *must* be filed with the levying officer.

A copy of this Notice of Opposition and the Notice of Hearing must be served on the judgment debtor and other claimant at least 10 days before the hearing.

TO THE LEVYING OFFICER:

1. Name and address of judgment creditor

⌐5TH Rock LLC and MKP One, LLC<br>C/O BRUCE A. HATKOFF, ALC<br>18757 BURBANK BLVD., SUITE 100<br>TARZANA CA 91356⌐

2. Name and address of judgment debtor

Social Security Number *(if known)*:

3. [X] Name and address of claimant *(if other than judgment debtor)*

⌐EDEN STEIGERWALT<br>C/O AGUIRRE & SEVERSON, LLP<br>501 WEST BROADWAY SUITE 1050<br>SAN DIEGO CA 92101⌐

4. The notice of filing claim of exemption states it was mailed on *(date)*:   The claims do not provide a date of mailing

5. The item or items claimed as exempt are
   a. [X] not exempt under the statutes relied upon in the Claim of Exemption.
   b. [ ] not exempt because the judgment debtor's equity is greater than the amount provided in the exemption.
   c. [X] other *(specify)*:   See Motion for an Order Determining Claim of Exemption filed concurrently herewith

6. The facts necessary to support item 5 are
   [ ] continued on the attachment labeled Attachment 6.
   [X] as follows: See Motion for an Order Determining Claim of Exemption filed concurrently herewith

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2015

Natalia A. Minassian
*(TYPE OR PRINT NAME)*

► _____
*(SIGNATURE OF DECLARANT)*

**NOTICE OF OPPOSITION TO CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Legal
Solutions
Plus

CCP 703.550