1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10   TAMER SALAMEH, an individual, et          CASE NO. 09cv2739-GPC(BLM)
     al.,
11                                             **ORDER DENYING DEFENDANTS
                                    Plaintiffs, 5TH ROCK LLC AND MPK ONE,
12        vs.                                  LLC'S MOTION FOR ORDER OF
                                               SALE AGAINST PLAINTIFF
13                                             TAMER SALAMEH**

14   TARSADIA HOTEL, a California
     Corporation, et. al.,                     [Dkt. No. 500.]
15
                                    Defendants.
16

17          On January 8, 2015, Defendants/Judgment Creditors 5th Rock LLC and MPK

18   One, LLC filed a motion for order to sell the dwelling of Plaintiff/Judgment Debtor

19   Tamer Salameh.  (Dkt. No. 500.)  A response and reply were filed.  (Dkt. Nos. 503,

20   506.)  On February 5, 2016, Plaintiff Salameh  filed a notice of automatic stay due to

21   a bankruptcy filing in the Southern District of California.  (Dkt. No. 510.)   In his

22   notice, he requests that the motion for order of sale be stayed.  (Id. at 2.)  The United

23   States Bankruptcy Code provides for an automatic stay of a judicial action "against the

24   debtor" that was commenced before the bankruptcy.  11 U.S.C. § 362(a)(1); In re

25   White, 186 B.R. 700, 703 (9th Cir. 1995).  "The automatic stay is self-executing,

26   effective upon the filing of the bankruptcy petition."  In re Gruntz, 202 F.3d 1074,

27   1081 (9th Cir. 2000).  Due to

28   / / / /

the automatic stay, the Court DENIES the motion for order of sale against Plaintiff Salameh without prejudice to refiling once the automatic stay is lifted.

IT IS SO ORDERED.

DATED:  March 23, 2016

HON. GONZALO P. CURIEL
United States District Judge

[09cv2739]