# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMER SALAMEH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TARSADIA HOTELS, et al. <br><br> Defendants. | Case No. 09cv2739-GPC (BLM) <br> (Related to Case No. 11-cv-1842-GPC (KSC)) <br> -CL-CL-CJC <br><br> ORDER FOR APPEARANCE AT EXAMINATION AND FOR PRODUCTION OF DOCUMENTS REQUESTED IN EXHIBIT A <br><br> Date: July 27, 2016 <br> Time: 10:00 AM <br> Place: Courtroom 1G |

IT IS HEREBY ORDERED AS FOLLOWS:

DOLORES GREEN IS ORDERED TO APPEAR PERSONALLY ON JULY 27, 2016 AT 10:00 AM FOR HER JUDGMENT DEBTOR EXAMINATION BEFORE THE ABOVE-CAPTIONED COURT LOCATED AT 221 WEST BROADWAY, SAN DIEGO CA 92101, COURTROOM 1G, TO FURNISH INFORMATION TO AID IN ENFORCEMENT OF A MONEY JUDGMENT AGAINST HER. DOLORES GREEN IS FURTHER ORDERED TO PRODUCE THOSE DOCUMENTS LISTED IN EXHIBIT A, ATTACHED HERETO, AND INCORPORATED HEREIN BY REFERENCE. JUDGMENT CREDITORS ARE

1

REQUIRED TO SERVE A COPY OF THIS ORDER ON DOLORES GREEN AND FILE A PROOF OF SERVICE WITH THE COURT BY JULY 17, 2016.

NOTICE TO JUDGMENT DEBTOR DOLORES GREEN: **If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

IT IS SO ORDERED:

DATED: May 23, 2016

_____
Jan M. Adler
U.S. Magistrate Judge

2

## EXHIBIT "A"

Any and all original documents and copies of documents evidencing the existence of any assets to which Dolores Green (hereinafter referred to as "You" or "Your") claims a legal or beneficial ownership and/or interest in, including, but not limited to, the following:

1. All account statements or savings account passbooks showing any deposits or withdrawals of any funds in any bank, savings and loan institution or brokerage firm within the last four years;

2. All retirement account statements showing any balances, deposits, distributions and loans within the last four years.

3. All credit card account statements showing any balances, charges or payments within the last four years.

4. All financial statements prepared by You or on Your behalf within the last four years;

5. The registrations and certificates of ownership for any automobiles or any other motor-powered vehicles or boats which You own and/or use, or which are registered in Your name or names;

6. All notes and/or other documents which evidence any debts owed to You by any third party;

7. All deeds to real property in which You now claim or have claimed within the last five years a legal or beneficial interest, or are named as Grantee thereto;

8. All deeds of trust, trust documents or arrangements, life insurance policies, and annuity policies to which You claim a legal or beneficial interest, or in which you are named a beneficiary or owner.

9. All stock certificates evidencing ownership in any corporation of which You claim a legal or beneficial ownership, or in which You are named owner thereto;

10. All documents which evidence Your legal or beneficial interest in any general or limited partnership, limited liability company, sole proprietorship, or profit or non-profit corporation.

11. All business accounting books, records, and/or journals including but not limited to check books, cash disbursements journal and accounts receivable journal;

12. Any documents which evidence ownership or a legal or beneficial interest in options to purchase capital stock, commodities, real estate, or commercial deposits, or any item of value.

13. All statements of account evidencing Your current liabilities.

14. Copies of any complaints filed in any court which are now pending in which You are a party.

15. Copies of any Judgment now entered against You.

16. Copies of any Judgment entered in Your favor.

3

17. Appraisal reports and valuation of all personal property You own, valued at more than $200.00.

18. All documents reflecting Your interest in any trusts created by You or for which You act as trustee or are a beneficiary;

19. All loans reflecting any money You have borrowed from any one within the last five years, and all documents reflecting any such loans, including but not limited to applications filed for such loans, credit reports, notes reflecting such loans, and copies of checks used to pay said loans.

20. All loans reflecting any money You have loaned to any third party within the last five years, and all documents reflecting any such loans, including the name and contact information of any borrower to whom You have loaned money and copies of payments You have received for any such loan.

21. Any employment contracts to which You are a party or have been a party for the last five years;

22. All credit card receipts and invoices for the past four (4) years.

23. All documents related to the transfer of real property, to or from You or any entity in which You claim some interest, within the last 48 months.

24. All documents related to the transfer of personal property, to or from You or any entity in which You claim some interest, within the last 48 months.

25. Copies of all trust agreements for any irrevocable trust established by You as trustor (hereafter "Irrevocable Trusts") including but not limited to those created within the last ten (10) years;

26. Copies of all trust agreements for any revocable trusts established by You as trustor (hereafter "Revocable Trusts") including but not limited to those created within the last ten (10) years;

27. Copies of all documents evidencing the transfer of any real or personal property to the Irrevocable Trusts within the last ten (10) years.

28. Copies of all documents evidencing the transfer of any real or personal property to the Revocable Trusts within the last ten (10) years.

29. All Your corporate records for any corporate entity in which You have an interest, including but not limited to the following:

    a. Articles of Incorporation
    b. By-Laws
    c. Minute Book and all Minutes and Corporate Resolutions of the Corporation
    d. Shareholders Record Book
    e. Shareholders List
    f. All financial records for the last three (3) years
    g. All employment-employee records for the last three (3) years
    h. All employment agreements concerning the corporation and any employee employed by the corporation during the last three (3) years
    i. Any corporate dissolution agreements
    j. Copy of Your "Notice of Issuance of Securities" and "Consent to Sell Stock"

30. All final account statements from all accounts You closed in the last four years.

31. Name and contact information of Your accountant.

32. Copies of last two pay stubs wherever You are employed or were formerly employed.

33. Your cell phone bills for the last 3 months.

34. Your cell phone.

35. All communications between You and any other party to the above-referenced action after the Court issued its fee awards against You on July 31, 2014 for $403,371.25 and on September 1, 2015 for $130,109.63.

36. All documents relating to any property co-owned between You and Zondra Schmidt and between You and any other third party.

5